IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Constellation Mystic Power, LLC,<br><br>　　　　　　　　　*Petitioner*,<br><br>　　v.<br><br><br><br>Federal Energy Regulatory Commission,<br><br>　　　　　　　　　*Respondent*. | CASE NO. 22-1026<br>(CONSOLIDATED WITH CASE NOS. 21-1198 (LEAD), 21-1222, 21-1223, 21-1224, 22-1001 AND 22-1008) |

**MOTION TO INTERVENE OF CONNECTICUT PUBLIC UTILITIES REGULATORY AUTHORITY, CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION, AND CONNECTICUT OFFICE OF CONSUMER COUNSEL**

Pursuant to Federal Rule of Appellate Procedure 15(d) and Circuit Rule 15(b) of this Court, Connecticut Public Utilities Regulatory Authority ("Connecticut Authority"), Connecticut Department of Energy and Environmental Protection ("Connecticut Department"), and Connecticut Office of Consumer Counsel ("Connecticut Consumer Counsel") (together, "Connecticut Parties"), hereby move jointly and individually for leave to intervene in the above-captioned proceeding. In support of this request, Connecticut Parties state:

1. On February 22, 2022, Constellation Mystic Power, LLC ("Mystic") filed in this court seeking review of the following order of the Federal Energy Regulatory Commission ("Commission"):

    - *Constellation Mystic Power, LLC*, "Order Addressing Arguments Raised on Rehearing," 178 FERC ¶ 61,116 (Feb. 18, 2022) ("February 2022 Order").

2. Petitions for review were previously filed with this Court by Mystic (assigned Nos. 21-1198 and 22-1008), Connecticut Parties (assigned Nos. 21-1222 and 22-1001); the Attorney General of the Commonwealth of Massachusetts (assigned No. 20-1223); and the Eastern New England Consumer-Owned Systems[1] (assigned No. 20-1224), seeking review of one or more of the following related orders, each of which was issued in the same underlying Commission docket as the February 2022 Order:

    - *Constellation Mystic Power, LLC*, "Order Setting Base ROE," 176 FERC ¶ 61,019 (July 15, 2021);

---

[1] Eastern New England Consumer-Owned Systems are Braintree Electric Light Department, Concord Municipal Light Plant, Georgetown Municipal Light Department, Hingham Municipal Lighting Plant, Littleton Electric Light & Water Department, Middleborough Gas & Electric Department, Middleton Electric Light Department, Norwood Light & Broadband Department, Reading Municipal Light Department, Taunton Municipal Lighting Plant, Wellesley Municipal Light Plant, and Westfield Gas & Electric Department.

- *Constellation Mystic Power, LLC*, "Notice of Denial of Rehearings by Operation of Law and Providing for Further Consideration," 176 FERC ¶ 62,127 (Sept. 13, 2021); and

- *Constellation Mystic Power, LLC*, "Order Addressing Arguments Raised on Rehearing, and Setting Aside Order, In Part," 177 FERC ¶ 61,106 (Nov. 18, 2021).

3. The Court has consolidated the instant appeal in Case No. 22-1026 with Case Nos. 21-1198, 21-1222, 21-1223, 21-1224, 22-1001, and 22-1008.

4. Connecticut Authority is statutorily charged with regulating the rates and retail services of Connecticut's electric and gas utilities. *See* Conn. Gen. Stat. §§ 22a-2d, 16-19.

5. Connecticut Department is an agency of the State of Connecticut statutorily charged with overseeing Connecticut's energy and environmental policies. *See* Conn. Gen. Stat. §§ 22a-2d, 22a-5.

6. Connecticut Consumer Counsel is the statutorily designated advocate for Connecticut ratepayers in all utility matters, and is authorized by statute to appear in any federal or state proceedings where Connecticut ratepayer interests are implicated. Conn. Gen. Stat. §§ 16-2a, 16-6a.

7. Connecticut Parties participated actively in the proceedings before the Commission that resulted in the orders now on appeal. Those proceedings concern the return on equity to be used by Mystic to calculate charges imposed under a Commission-approved, "reliability must-run" contract between Mystic and ISO New England Inc., the grid operator for the New England region.

8. As parties to the Commission proceedings below and petitioners in two of the consolidated appeals, Connecticut Parties have a direct and substantial interest in the issues raised by Mystic in its appeals. Connecticut Parties represent the interests of Connecticut ratepayers who ultimately will pay the wholesale electricity rates set in the Commission orders on appeal and will therefore be directly affected by the outcome of these proceedings. Accordingly, no other party can adequately represent Connecticut Parties' interests in these proceedings.

9. The interests set forth above meet the standard for intervention pursuant to Federal Rule of Appellate Procedure 15(d). *See, e.g.*, *N.M. Dep't of Human Servs. v. Dep't of Health & Human Servs. Health Care Fin. Admin.*, 4 F.3d 882, 884 n.2 (10th Cir. 1993) (Rule 15(d) motion granted to intervenors with a "substantial and unique interest in the outcome"); *Bales v. NLRB*, 914 F.2d 92, 94 (6th Cir. 1990) (Rule 15(d) motion

granted to one with "substantial interest in the outcome"); *see also Yakima Valley Cablevision, Inc. v. FCC*, 794 F.2d 737, 744-45 (D.C. Cir. 1986) (intervention granted to one "directly affected by" agency policy).

10. This motion to intervene is timely, and no party will be prejudiced by the grant of Connecticut Parties' request.

11. With respect to the consolidated proceedings in Case Nos. 21-1198, 22-1008, and 22-1026, Connecticut Parties anticipate that they will be aligned with the Commission.

Wherefore, Connecticut Parties respectfully request that they be granted leave to intervene, jointly and individually, in these proceedings.

Respectfully submitted,

| */s/ Seth A. Hollander* | */s/ Scott H. Strauss* |
|---|---|
| Seth A. Hollander | Scott H. Strauss |
| Assistant Attorney General—Special Litigation | Jeffrey A. Schwarz |
| | Latif M. Nurani |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | Amber L. Martin Stone |
| | SPIEGEL & MCDIARMID LLP |
| 10 Franklin Square | 1875 Eye Street NW |
| New Britain, CT 06051 | Suite 700 |
| Tel. (860) 827-2681 | Washington, DC 20006 |
| seth.hollander@ct.gov | Tel. (202) 879-4000 |
| | scott.strauss@spiegelmcd.com |
| | jeffrey.schwarz@spiegelmcd.com |
| | latif.nurani@spiegelmcd.com |
| | amber.martin@spiegelmcd.com |

*Counsel for Connecticut Public Utilities Regulatory Authority*

*/s/ Kirsten S. P. Rigney*
Kirsten S. P. Rigney
Legal Director, Bureau of Energy Technology Policy
CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION
10 Franklin Square
New Britain, CT 06051
Tel. (860) 827-2984
kirsten.rigney@ct.gov

*/s/ Robert Snook*
Robert Snook
Assistant Attorney General—Environment
CONNECTICUT OFFICE OF THE ATTORNEY GENERAL
10 Franklin Square
New Britain, CT 06051
Tel. (860) 827-2620
robert.snook@ct.gov

*Counsel for Connecticut Department of Energy and Environmental Protection*


*/s/ Andrew W. Minikowski*
Andrew W. Minikowski
Julie Datres
Staff Attorneys
CONNECTICUT OFFICE OF CONSUMER COUNSEL
10 Franklin Square
New Britain CT 06051
Tel. (860) 827-2922
andrew.minikowski@ct.gov
julie.datres@ct.gov

*Counsel for Connecticut Office of Consumer Counsel*


March 17, 2022

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Constellation Mystic Power, LLC,<br><br>*Petitioner*,<br><br>v.<br><br><br><br>Federal Energy Regulatory Commission,<br><br>*Respondent*. | CASE NO. 22-1026<br>(CONSOLIDATED WITH CASE NOS. 21-1198 (LEAD), 21-1222, 21-1223, 21-1224, 22-1001 AND 22-1008) |

**CORPORATE DISCLOSURE STATEMENT OF CONNECTICUT PUBLIC UTILITIES REGULATORY AUTHORITY, CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION, AND CONNECTICUT OFFICE OF CONSUMER COUNSEL**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Local Rule 26.1 of this Court, Connecticut Public Utilities Regulatory Authority, Connecticut Department of Energy and Environmental Protection, and Connecticut Office of Consumer Counsel (together, "Connecticut Parties") hereby submit the following disclosure statement.

Each of the Connecticut Parties is a governmental entity that does not issue any stock and thus is not subject to the corporate disclosure statement requirement of Rule 26.1 of the Federal Rules of Appellate Procedure.

Respectfully submitted,

| | |
|---|---|
| */s/ Seth A. Hollander* | */s/ Scott H. Strauss* |
| Seth A. Hollander | Scott H. Strauss |
| Assistant Attorney General—Special Litigation | Jeffrey A. Schwarz |
| | Latif M. Nurani |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | Amber L. Martin Stone |
| | SPIEGEL & MCDIARMID LLP |
| 10 Franklin Square | 1875 Eye Street NW |
| New Britain, CT 06051 | Suite 700 |
| Tel. (860) 827-2681 | Washington, DC 20006 |
| seth.hollander@ct.gov | Tel. (202) 879-4000 |
| | scott.strauss@spiegelmcd.com |
| | jeffrey.schwarz@spiegelmcd.com |
| | latif.nurani@spiegelmcd.com |
| | amber.martin@spiegelmcd.com |

*Counsel for Connecticut Public Utilities Regulatory Authority*

| | |
|---|---|
| */s/ Kirsten S. P. Rigney* | */s/ Robert Snook* |
| Kirsten S. P. Rigney | Robert Snook |
| Legal Director, Bureau of Energy Technology Policy | Assistant Attorney General—Environment |
| CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION | CONNECTICUT OFFICE OF THE ATTORNEY GENERAL |
| 10 Franklin Square | 10 Franklin Square |
| New Britain, CT 06051 | New Britain, CT 06051 |
| Tel. (860) 827-2984 | Tel. (860) 827-2620 |
| kirsten.rigney@ct.gov | robert.snook@ct.gov |

*Counsel for Connecticut Department of Energy and Environmental Protection*

*/s/ Andrew W. Minikowski*
Andrew W. Minikowski
Julie Datres
Staff Attorneys
CONNECTICUT OFFICE OF CONSUMER
    COUNSEL
10 Franklin Square
New Britain CT 06051
Tel. (860) 827-2922
andrew.minikowski@ct.gov
julie.datres@ct.gov

*Counsel for Connecticut Office of Consumer Counsel*

CERTIFICATE OF SERVICE

I hereby certify that I have on this 17th day of March 2022, caused the foregoing motion to be electronically served through the Court's CM/ECF system.

<u>*/s/ Scott H. Strauss*</u>
Scott H. Strauss

Law Offices of:
    Spiegel & McDiarmid LLP
    1875 Eye Street, NW
    Suite 700
    Washington, DC 20006
    (202) 879-4000